■ DEBORAH CAPPELLO et al., Appellants, v JAY L. RANDALL et al., Respondents.—Appeals (1) from an order of the Supreme Court (Williams, J.), entered March 13, 1986 in Sullivan County, which granted defendants' motions for summary judgment dismissing the complaint, and (2) from an order of said court, entered June 18, 1986 in Sullivan County, which denied plaintiffs' motion for renewal.

Orders affirmed, without costs, upon the opinions of Justice Robert C. Williams. Mahoney, P. J., Kane, Weiss, Mikoll and Harvey, JJ., concur.